IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JASON M. REEP**                                                                                                              **PLAINTIFF**

**v.**                                            **Case No. 4:23-cv-00746-LPR**

**MALCO THEATRES, INC.; MICHAEL HUGGINS,**
*individually and in his capacity and association with*
*Malco Theatres, Inc.*; **ROBERT HARRINGTON,**
*Individually and in his capacity and association with*
*Malco Theatres, Inc.*; **DAVID CRUTCHFIELD,**
*Individually, and in his capacity and association with*
*Monticello Police Department*; **WALTER (HANK)**
**HOLLINGER,** *individually and in his capacity and*
*Association with Monticello Police Department*;
**JOSEPH BRETT NORTON,** *individually and in his*
*Capacity and association with Monticello Police Department*;
**MONTICELLO POLICE DEPARTMENT;**
**AND JOHN DOES (1–10)**                                                                                       **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today and previous Orders in this case, it is CONSIDERED, ORDERED, and ADJUDGED that: (1) all claims against Robert Harrington are dismissed with prejudice; (2) all claims against the Monticello Police Department are dismissed with prejudice; (3) Count I, with respect to Malco Theaters, Inc., is dismissed without prejudice; (4) Counts IV, V, VI, and VII, with respect to Malco Theaters, Inc., are dismissed with prejudice; (5) Count I, with respect to Michael Huggins, is dismissed without prejudice; (6) Counts IV, V, VI, and VII, with respect to Michael Huggins, are dismissed with prejudice; (7) Count I, Count IV, Count VII, and the Fourteenth Amendment claim in Count II, with respect to David Crutchfield, Walter (Hank) Hollinger, and Joseph Brett Norton, are dismissed without prejudice; (8) Counts V,

VI, and the Fourth Amendment claims in Count II, with respect to David Crutchfield, Walter (Hank) Hollinger, and Joseph Brett Norton, are dismissed with prejudice.[1]

IT IS SO ADJUDGED this 3rd day of February 2025,

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] For the purpose of clarity, the Court notes that the Complaint did not contain a Count III.  *See* Compl. (Doc. 2) at 12–14.  The Court also notes that Count II (the section 1983 claim) was not brought against all Defendants.  *See id.* ¶ 48.